# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cr-000001-DGK |
| ) | |
| DANIEL BONILLA, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPRRESS

After carefully reviewing Magistrate Lajuana M. Counts' Report and Recommendation, ECF No. 39, and conducting an independent review of the record and applicable law, it is hereby ORDERED that Judge Counts' Report and Recommendations be ADOPTED. Defendant's motion to suppress is DENIED.

**IT IS SO ORDERED**

Date:  November 15, 2021           /s/ Greg Kays
                                                                               GREG KAYS, JUDGE
                                                                               UNITED STATES DISTRICT COURT